FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 4:36 pm, Dec 01, 2020

# United States District Court
# for the Southern District of Georgia
# Waycross Division

SAIM SARWAR,

    Plaintiff,

v.

JAY NIDHI INC.,

    Defendant.

CV 520-124

### ORDER

On October 29, 2020, Plaintiff informed the Court that the parties had reached an agreement in principle to resolve this case. Accordingly, the Court **STAYS** this case through December 29, 2020 in order for the parties to consummate settlement. The parties are **ORDERED** to file a status report or a stipulation of dismissal by that date.

**SO ORDERED**, this ____ day of December, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA