FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 8:25 am, Dec 31, 2020

# United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| SAIM SARWAR, | |
|     Plaintiff, | |
| v. | CV 520-124 |
| JAY NIDHI INC., | |
|     Defendant. | |

### ORDER

On October 29, 2020, Plaintiff informed the Court that the parties had reached an agreement in principle to resolve this case. On December 30, 2020, Plaintiff notified the Court that the parties expected to consummate settlement within thirty days. Accordingly, the Court **STAYS** this case through February 15, 2021 in order for the parties to finalize settlement. The parties are **ORDERED** to file a status report or a stipulation of dismissal by that date.

**SO ORDERED**, this 31st day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA